**Opinion issued September 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00436-CV

————————————

## IN RE BOB BENNETT A/K/A ROBERT S. BENNETT, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Bob Bennett a/k/a Robert S. Bennett, has filed a petition for writ of mandamus, requesting that we order the Respondent, identified as the Honorable John Wooldridge, "to provide adequate notice for a new recusal hearing, and to vacate the all [sic] orders entered since the recusal hearing."[1]  In response, the real

---

[1]  The underlying case is *Kelly Coghlan and Coghlan & Associates v. Bob Bennett a/k/a Robert S. Bennett*, cause number 759593, pending in the County Civil Court at Law No. 2 of Harris County, Texas, the Honorable John Wooldridge presiding.

parties in interest request that we grant sanctions against relator pursuant to Texas Rule of Appellate Procedure 52.11.

We **deny** the petition for writ of mandamus. We further **deny** the real parties in interest's request for sanctions against relator.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Huddle.